**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 14-30359 |
| John Ell, | ) | |
| Cynthia Beth Ell, | ) | **NOTICE AND MOTION** |
| | ) | **FOR APPROVAL OF** |
| Debtors. | ) | **SALE OF PROPERTY** |
| _____ | ) | |

Gene W. Doeling, the bankruptcy trustee in this case, requests that the court approve the sale of mineral interests in which the bankruptcy estate has a one-fourth remainder interest, subject to the life estate of Evelyn Wariner, Cynthia Ell's mother, as described below, on BKAssets.com: the mineral interests are located in Billings County, ND and Slope County, ND as follows:

Township 137, Range 100, Billings County
Section 15: All

Township 142, Range 100, Billings County
Section 17: SE ¼
Section 20: All
Section 21: All
Section 29: N ½

Township 143, Range 99, Billings County
Section 26: E ½ W ½; SE ¼
Section 34: N ½ NE ¼; SE ¼ NE ¼; NE ¼ NW ¼

Township 136, Range 100, Slope County
Section 11: S ½

The bankruptcy estate makes no warranties or representations of any kind regarding the status or the bankruptcy estate's ownership of these mineral interests. The trustee shall provide a quit claim mineral deed of its interest, but buyer should understand that the bankruptcy estate is selling its interest as is and where is, without guarantee as to transferability.

The auction shall run for a period of seven days from the date of court approval of this motion. The Court has approved the employment by the bankruptcy estate of BKAssets.com, LLC, who shall receive a 10% commission on gross sales price, plus any applicable expenses of up to $250 to procure any necessary legal documents, listing fees, and shipping costs. The trustee requests that he be authorized to pay these fees immediately upon completion of the sale.

The bankruptcy estate has determined that there will be no adverse tax consequences to the bankruptcy estate as a result of this sale.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATE OF MAILING: October 7, 2015          /s/ Gene W. Doeling_____

Gene W. Doeling, Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106
(701) 232-8757

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| I In Re: | ) | Chapter 7 |
| | ) | Case No. 14-30359 |
| John Ell, | ) | |
| Cynthia Beth Ell, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtors. | ) | |
| _____ | ) | |

Gene W. Doeling of Fargo, ND, swears that on October 7, 2015, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**NOTICE AND MOTION FOR APPROVAL OF SALE**

to the parties listed below:

- Cassie R. Dellwo    cdellwo@mackoff.com, tjoern@mackoff.com;dsaine@mackoff.com
- Jason J. Henderson    cdellwo@mackoff.com;jhenderson@mackoff.com, tjoern@mackoff.com;dsaine@mackoff.com
- Craig A. Peterson    craigapetersonltd@yahoo.com
- Robert B. Raschke    USTPRegion12.SX.ECF@usdoj.gov

14-30359|Capital One Auto Finance |14841 Dallas Parkway, Suite 300|Dallas, TX 75254-7883||||
14-30359|Capital One Auto Finance |c/o Ascension Capital Group|P.O. Box 201347|Arlington, TX 76006-1347|||
14-30359|A R Audit Services |3921 Lockport St|Bismarck, ND 58503-5541| |||
14-30359|AR Audit Services Inc. |PO Box 6177|Bismarck, ND 58506-6177| |||
14-30359|American InfoSource LP as agent for |Midland Funding LLC|PO Box 268941|Oklahoma City, OK  73126-8941| ||
14-30359|Badlands Human Services |300 - 13th Ave W Ste 1|Dickinson, ND 58601-4875| |||
14-30359|Bank of America |P. O. Box 650070|Dallas, TX 75265-0070| |||
14-30359|BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred
14-30359|Bill Pladson |1878 Prairie Oak Dr|Dickinson, ND 58601-2859| |||
14-30359|Black Hills Surgical Hospital-Anesthesia |216 Anamaria Dr|Rapid City, SD 57701-7366| |||
14-30359|CAPITAL ONE|PO BOX 30285|SALT LAKE CITY UT 84130-0285||||preferred
14-30359|CAP1/Best Buy |P. O. Box 5253|Carol Stream, IL 60197-5253| |||
14-30359|Cap One |26525 N Riverwoods Blvd|Mettawa, IL 60045-3440| |||
14-30359|Capital One Auto Finance |PO Box 60511|City of Industry, CA 91716-0511| |||
14-30359|Capital One Auto Finance |c/o Ascension Capital Group|P.O. Box 201347|Arlington, TX 76006-1347| ||duplicate
14-30359|Capital One Bank |C/O Rausch Sturm Israel Enerson & Hornik|250 N Sunnyside Road,

Ste 300|Brookfield, WI 53005| ||

14-30359|CAVALRY PORTFOLIO SERVICES LLC|500 SUMMIT LAKE DR|STE 400|VALHALLA NY 10595-2322|||

14-30359|Cavalry SPV I, LLC |500 Summit Lake Drive, Ste 400|Valhalla, NY 10595-1340| |||

14-30359|Citifinancial Inc |Bankruptcy Dept.|P. O. Box 1472|Minneapolis, MN 55440| ||

14-30359|Collection Center Inc |425 N 5 St|Bismarck, ND 58501-4033| |||

14-30359|Collection Professionals |29 N. Connor St|Sheridan, WY 82801-4306| |||

14-30359|Collection Professionals, Inc |PO Box 2088|Sheridan, WY 82801-2088| |||

14-30359|Consolidated Communication Networks Inc |P, O, Box 1408|Dickinson, ND 58602-1408| |||

14-30359|Credit Collections Bureau |P O Box 778|Bismarck, ND 58502-0778| |||

14-30359|DCI Credit Services |1409 W Villard St|Dickinson, ND 58601-4649| |||

14-30359|DCI Credit Services Inc |P. O. Box 1347|Dickinson, ND 58602-1347| |||

14-30359|DISH |P. O. Box 94063|Palatine, IL 60094-4063| |||

14-30359|Department of Treasury |Internal Revenue Service|PO Box 7346|Philadelphia, PA 19101-7346| ||

14-30359|US BANK|PO BOX 5229|CINCINNATI OH 45201-5229||||preferred

14-30359|BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred duplicate

14-30359|First National Collection Bureau, Inc. |P. O. Box 1259|Oaks, PA 19456-1259| |||

14-30359|First Premier Bank |601 S Minnesota Ave|Sioux Falls, SD 57104-4868| |||

14-30359|GECRB/Care Credit |950 Forrer Blvd|Kettering, OH 45420-1469| |||

14-30359|GECRB/JCP |P. O. Box 984100|El Paso, TX 79998| |||

14-30359|GECRB/PayPal Extras MC |P. O. Box 965005|Orlando, FL 32896-5005| |||

14-30359|GECRB/WALMART DC |P. O.  Box 965024|Orlando, FL 32896-5024| |||

14-30359|Great Plains Clinic PC |33 - 9th St W|Dickinson, ND 58601-3993| |||

14-30359|Great Plains Clinic/ |Badlands Human Services|CCI|PO Box 1057|Bismarck, ND 58502-1057| |

14-30359|Ivan Tschider |P. O. Box 6262|Bismarck, ND 58506-6262| |||

14-30359|JEFFERSON CAPITAL SYSTEMS LLC|PO BOX 7999|SAINT CLOUD MN 56302-7999||||preferred

14-30359|Johnson Rodenburg & Lauinger |P. O. Box 4127|Bismarck, ND 58502-4127| |||

14-30359|LVNV Funding, LLC its successors and assigns|assignee of Citibank, N.A.|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |

14-30359|LVNV Funding, LLC its successors and assigns|assignee of FNBM, LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |

14-30359|LVNV Funding, LLC its successors and assigns|assignee of Vion Holdings LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |

14-30359|CONTINENTAL FINANCE COMPANY LLC|PO BOX 8099|NEWARK DE 19714-8099||||preferred

14-30359|Mid Dakota Clinic |P. O. Box 11689|Belfast, ME 04915-4007| |||

14-30359|North Shore Agency |P. O. Box 9205|Old Bethpage, NY 11804-9005| |||

14-30359|Pladson Inc |2151 I-29 Business Loop E|Dickinson, ND 58601| |||

14-30359|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||

14-30359|Premier Bankcard/Charter |PO Box 2208|Vacaville, CA 95696-8208| |||

14-30359|RCMC Main |P. O. Box 6020|Rapid City, SD 577096020| |||

14-30359|Rapid City Fire Dept |10 Main St|Rapid City, SD 57701-2832| |||
14-30359|Rapid City Medical Center, LLP |PO Box 6020|Rapid City, SD 57709-6020| |||
14-30359|Rapid City Regional Hospital |353 Fairmont Blvd.|Rapid City, SD 57701-7393| |||
14-30359|Raymond K. Hecker |12635 - 14th St. SW|Fairfield, ND 58627-9406| |||
14-30359|Raymond K. Hecker |C/O Cassie R. Dellwo|38 2nd Ave East|Dickinson, ND 58601-5217|
||
14-30359|Recovery Resources |3811 Lockport St Ste 3|Bismarck, ND 58503-5554| |||
14-30359|RehabVisions |683 State Ave SW Ste B|Dickinson, ND 58601-4660| |||
14-30359|Sanford Clinic |222 No 7th St|Bismarck, ND 58501-4433| |||
14-30359|Sears/CBNA |P. O. Box 6283|Sioux Falls, SD 57117-6283| |||
14-30359|Spine & Pain Center, P C |121 W Century Ave|Bismarck, ND 58503-1402| |||
14-30359|St Alexius Medical Center |P. O. Box 5510|Bismarck, ND 58506-5510| |||
14-30359|St Josephs Hospital |3249 Solutions Center|Chicago, IL 60677-3002| |||
14-30359|St. Josephs Hospital |1643 Lewis Ave Ste 203|Billings, MT 59102-4151| |||
14-30359|Tate & Kirlin Associates |2810 Southhampton Rd|Philadelphia, PA 19154-1207| |||
14-30359|United Accounts |P. O. Box 9331|Fargo, ND 58106-9331| |||
14-30359|University of Minnesota Medical Center |2450 Riverside Ave.|Minneapolis, MN 55454-
1400| |||
14-30359|WFFNATBANK |P. O. Box 94498|Las Vegas, NV 89193-4498| |||
14-30359|Cynthia Beth Ell |549 - 8 Ave SW|Dickinson, ND 58601-5851|||||
14-30359|John Ell |549 - 8 Ave SW|Dickinson, ND 58601-5851|||||
14-30359|Scott W. Wentz |Drewes & Horab|P.O. Box 1021|Fargo, ND 58107-1021 |||

/s/ Gene W. Doeling